IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:07-CV-48-D

MDM GROUP ASSOCIATES, INC., )
)
         Plaintiff, )
)
v. ) **ORDER**
)
EMERALD ISLE REALTY, INC., et al., )
)
         Defendants. )

On November 24, 2009, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 171]. In that M&R, Judge Webb recommended that defendant Hatteras Realty, Inc.'s motion for emergency relief or temporary restraining order [D.E. 161] be denied. No objections to the M&R have been filed.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record and adopts the M&R. Hatteras Realty, Inc.'s motion for emergency relief or temporary restraining order [D.E. 161] is DENIED.

SO ORDERED. This _11_ day of January 2009.

<span style="margin-left: 50%;">*/s/ James C. Dever*<br>JAMES C. DEVER III<br>United States District Judge</span>